**RECEIVED**

**OCT 0 5 2023**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Colleen Marie Ashton**

Plaintiff(s),

vs.

**Menards, Inc.  Midway/Justin Marsters**

Case No. 23-cv-3090 PJS/TNL

(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ☒  NO ☐

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit.  Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff

   | | |
   |---|---|
   | Name | **Colleen  Marie Ashton** |
   | Street Address | **188 Mounds Boulevard** |
   | County, City | **Ramsey, St. Paul** |
   | State & Zip Code | **55106** |
   | Telephone Number | **651-398-2694** |

**SCANNED**

OCT 0 5 2023

U.S. DISTRICT COURT ST. PAUL

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name                **Menards Inc./Justin Marsters**

Street Address      **2005 University Avenue, West**

County, City        **Ramsey, St. Paul**

State & Zip Code    **55104**

b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☑ Other (Please describe.)

**Retaliation for whistleblowing**

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)            (City/County)        (State)        (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

**The harassment to get me to quit as a form of retaliation for whistleblowing began when I began to inventory large appliances, roughly winter of 2017.**

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☑ Yes      Date filed: **07/07/2023**

b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☑ Yes      If yes, please attach a copy of the letter to this complaint.

b. ☐ No

## NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. ☐ Failure to hire me

   b. ☑ Termination of my employment

   c. ☐ Failure to promote me

   d. ☐ Failure to accommodate my disability

   e. ☐ Terms and conditions of employment differ from those of similar employees

   f. ☑ Retaliation

   g. ☑ Harassment

   h. ☐ Other conduct (please specify):

      **Discrimination based on Age, Sex and Retaliation.  It was difficult to provethe age and sex discrimination.  I have evidence of Retaliation for Whistleblowing.**

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

      ☑ Yes   ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

   a. ☐ Race

   b. ☐ Religion

   c. ☐ National origin

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☑ Age (my birth year is: **1965**　)

h. ☐ Other (please specify):

**Retaliation for whistleblowing**

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes　　☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

**(1) On Sep 30, 2022 I was "At Will" terminated from my position at Menards by Justin Marsters (GM) in store conference room after explaining to him that "My coworkers steal from the company." At that point, Justin Marsters told me to hand over my badge, he gave the time, (1:44) and said my employment was terminated. Earlier that day my Menards jacket had been damaged with a cut in the back of the neck of the jacket. Several coworkers were at the desk when I asked if any of them knew what happened to my jacket. One coworker was laughing (smirking) I asked her to stay away from me as she kept following me. Harassment in attempts to get me to quit as a form of Retaliation for Whistleblowing.**

**(2) I had been reporting missing appliances /checking inventory previous years. As a result the rim and wheel of my car was stolen when the parking lot security was 5 car stalls away between the hours of 9am-1pm. Throughout the years I would find items that were not mine in my car at the end of my shift. It was Marsters day off. Harassment in attempts to get me to quit as a form of Retaliation for Whistleblowing.**

**(3) I experienced harassment from coworkers and store managers because I would not turn a blind eye to theft. December 2019, Justin Marsters moved me to another** DEPARTMENT ACCUSING ME OF BEING RESPONSIBLE FOR MY ENTIRE TEAM FROM CABINETS/APPLIANCES DEPT WANTING TO QUIT BECAUSE OF SOMETHING I HAD SAID TO A GUEST. HE DID S NOT DISCLOSE WHO SAID WHAT

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**I am requesting $50,000 for lost wages for this year, plus the remaining lost wages for the last year, $13,000 +/-, in addition I am asking for compensation of $50,000 for all the emotional/mental duress I underwent those six years of Justin Marsters management and the onslaught of abuses that occurred as a result of reporting missing merchandise.**

Date: 5 OCT 2023

_____
Signature of Plaintiff

Mailing Address        **188 Mounds Boulevard**
                       **St. Paul, Minnesota  55106**

Telephone Number   **651-398-2694**

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

6